```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CIVIL DOCKET ENTRIES FOR CASE A04-0261--CV (RRB)
                          "LAURA HORNECKER V USA"

            Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 10/26/04
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (360) Other personal injury

             Origin: (1) Original Proceeding
             Demand: 75
         Filing fee: Paid $150.00 on 10/26/04 receipt # 00124313
           Trial by: Court
```

Parties of Record:                              Counsel of Record:

PLF 1.1              HORNECKER, LAURA           Jeffrey A. Magid
                                                P. Dennis Maloney PC
                                                2525 C Street, Suite 425
                                                Anchorage, AK 99503
                                                907-770-0007
                                                FAX 907-222-0007

DEF 1.1              USA                        Richard L. Pomeroy
                                                U.S. Attorney's Office
                                                222 W. 7th Avenue, #9
                                                Anchorage, AK 99513-7567
                                                907-271-5071

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0261--CV (RRB)
                                "LAURA HORNECKER V USA"

                                    For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 10/26/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (360) Other personal injury

            Origin: (1) Original Proceeding
            Demand: 75
        Filing fee: Paid $150.00 on 10/26/04 receipt # 00124313
          Trial by: Court


Document #    Filed     Docket text

     1 -  1   10/26/04  Complaint filed.

  NOTE -  1   11/15/04  Issued: summons re: US Attorney and Atty General.

     2 -  1   12/03/04  PLF 1 Return of Service Executed re: USA on 12/2/04.

     3 -  1   12/03/04  PLF 1 Return of Service Executed re: Atty Gen. on 12/02/04.

     4 -  1   01/14/05  DEF 1 Answer to Complaint.

     5 -  1   01/18/05  RRB Minute Order unless parties file a notice by 2/2/05 declining to
                        participate in ENE this case will proceed to ENE with Judge von der
                        Heydt acting as the evaluator.  cc: cnsl, Judge von der Heydt

     6 -  1   01/19/05  Clerk's Notice the MO at dkt 5 iw withdrawn.  The case shall proceed
                        pursuant to Rules 16(b) and 26(f).  cc: cnsl, Judge von der Heydt

     7 -  1   01/19/05  RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

     8 -  1   02/11/05  PLF 1; DEF 1 Scheduling and Planning Conference Report.

     9 -  1   02/11/05  Stipulation to amend caption.

     9 -  2   02/16/05  RRB Order granting stipulation to amend caption (9-1).  To substitute
                        the US for the US postal service as the def.  cc: cnsl

    10 -  1   02/16/05  RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 10/01/05; Dispositive motions deadline 11/01/05; Estimate of
                        trial 4 days; TBC. cc: cnsl

    11 -  1   03/18/05  PLF 1 Preliminary Witness List.

    12 -  1   06/30/05  PLF 1; DEF 1 Joint motion to extend discovery deadlines until 1/1/06.

    12 -  2   07/06/05  RRB Order setting the following dates: Discovery to close 01/01/06;
                        Dispositive motions deadline 02/01/06. cc: cnsl
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A04-0261--CV (RRB)
                                  "LAURA HORNECKER V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 09/30/05 | PLF 1 Final Witness List. |
| 14 - 1 | 10/04/05 | DEF 1 Witness List. |