FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 PM 2: 47

TIMOTHY M. BURGESS
United States Attorney

Richard L. Pomeroy
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-2344 Fax
richard.pomeroy@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAURA HORNECKER,<br><br>     Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No. A04-261 (RRB)<br><br>JOINT MOTION FOR JUDICIAL<br>SETTLEMENT CONFERENCE |


The parties, through respective counsel, move for a judicial
settlement conference before Senior Judge Holland.

Plaintiff's counsel is available January 11, January 23 -
27, the afternoon of January 30, January 31, February 1 - 2,
February 6 - 7, February 8 - 17, 2006.

Defendant's counsel is presently not available the afternoon
of January 17 and the morning of January 27, 2006.


1

Respectfully submitted this  _17th_  day of December, 2005.

TIMOTHY M. BURGESS
United States Attorney

*Richard L. Pomeroy*

RICHARD L. POMEROY
Assistant U.S. Attorney


Law Office of P. Dennis Maloney,P.C.


Jeffrey A. Magid
P. Dennis Maloney, P.C.
Attorneys for Plaintiff

2

Respectfully submitted this _16th_ day of December, 2005.

TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney

Law Office of P. Dennis Maloney, P.C.

Jeffrey A. Magid
P. Dennis Maloney, P.C.
Attorneys for Plaintiff

2