## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

LAURA HORNECKER                           v.    UNITED STATES OF AMERICA

THE HONORABLE H. RUSSEL HOLLAND                 CASE NO.  3:04cv0261-RRB

    Deputy Clerk                                   Official Recorder

APPEARANCES:    for PLAINTIFF:    ----

               for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The court has completed its initial review of the parties' settlement documents. Upon representations that counsel will be available, a settlement conference is hereby scheduled for 9:00 a.m. on Thursday, March 2, 2006, in chambers at Anchorage, Alaska.