- 1 -

## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

<u>LAURA HORNECKER</u>                    v.    <u>UNITED STATES OF AMERICA</u>

THE HONORABLE H. RUSSEL HOLLAND          CASE NO.  <u>3:04cv0261-RRB</u>

    <u>Deputy Clerk</u>                         <u>Official Recorder</u>

    _____           _____

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

A settlement conference was held on March 2, 2006.  The case did not settle, but the parties are expected to continue their negotiations and to advise the court promptly if they are successful in achieving a settlement.