MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAURA HORNECKER                         v.   UNITED STATES OF AMERICA

THE HONORABLE H. RUSSEL HOLLAND              CASE NO.  3:04cv0261-RRB

    Deputy Clerk                             Official Recorder

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    The court is in receipt of an informal communication from counsel indicating that the above-referenced case has settled.

    The parties will please present the appropriate closing papers on or before May 8, 2006.  If for any reason closing papers cannot be filed by that date, plaintiff shall serve and file with the court a brief status report, updating the court as to the progress of completing this case.