UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 HORNECKER  v.  US POSTAL SERVICE 

DATE:   March 7, 2006   CASE NO.   3:04-CV-0261-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE SETTLEMENT**

---

Informal communication was received regarding the settlement of this case. It is this chamber's policy that a written notice regarding settlement be filed with the Court. Therefore, Plaintiff shall file a notice of settlement by the close of business on **Monday, March 13, 2006.**

M.O. RE SETTLEMENT