IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAURA HORNECKER )
)
         Plaintiff, )
vs. )
)
UNITED STATES )
)
         Defendant. )  Case No. A04-261-CV (RBB)
)

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have settled the above-captioned matter.

DATED at Anchorage, Alaska this 13th day of March, 2006.

P. DENNIS MALONEY, P.C.
Attorney for Plaintiff

By: _____
Jeffrey Magid
ABA No. 0208032

Certificate of Service
I hereby certify that a true and correct copy of the foregoing was MAILED on 3/13/2006 to:

Richard L. Pomeroy, Esq.
Assistant U.S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

P. DENNIS MALONEY, P.C.
AN ALASKA LAW FIRM
2525 "C" STREET, SUITE 425
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 770-0007
TELEFAX (907) 222-0007