DEBORAH M. SMITH
Acting United States Attorney

Richard L. Pomeroy
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-2344 Fax
richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAURA HORNECKER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:04-cv-0261-RRB<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

The parties, through respective counsel, stipulate to the dismissal of this action in its entirety, with prejudice, each party to bear its own costs and attorney's fees.

Date: 3 April 2006

DEBORAH M. SMITH
Acting United States Attorney

Richard L. Pomeroy
Assistant U.S. Attorney

Date: 3 April 2006

Law Office of P. Dennis Maloney, P.C.

Jeffrey A. Magid
P. Dennis Maloney, P.C.
Attorneys for Plaintiff