IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAURA HORNECKER,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 3:04-cv-0261-RRB<br><br>**JUDGMENT OF DISMISSAL** |

      Based upon the Stipulation to Dismiss with Prejudice filed by the parties at Docket 22, the above matter is hereby **DISMISSED WITH PREJUDICE** in its entirety, each party to bear its own costs and attorney fees.

      ENTERED this 6th day of April, 2006.

                              /s/ RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE